# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN BALLARD, ET AL. | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:14CV1267 NAB |
| NATIONAL FOOTBALL LEAGUE, ET AL., | ) |
| Defendant(s). | ) |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Catherine D. Perry.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

                                                        Gregory J. Linhares
                                                        CLERK OF COURT

*8/19/14*
DATE
                                        By:    /s/
                                               C. Abrams
                                               DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:14cv1267 CDP.**