UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN BALLARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:14CV1267 CDP |
| | ) |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that defendants shall have judgment on plaintiffs' complaint, plaintiffs shall take nothing, and plaintiffs' complaint is dismissed with prejudice. Plaintiffs shall bear all taxable costs of the action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2015.